No. 03–1003. CIGNA PROPERTY AND CASUALTY *v.* VILLAR RUIZ ET AL. C. A. 11th Cir. Certiorari denied. ■

No. 03–1009. ESTATE OF HOGARTH ET AL. *v.* EDGAR RICE BURROUGHS, INC. C. A. 2d Cir. Certiorari denied. ■

No. 03–1018. STATE CONCERN TURKMENNEFT *v.* BRIDAS S. A. P. I. C. ET AL. C. A. 5th Cir. Certiorari denied. ■

No. 03–1020. MARKS *v.* UNION COUNTY DEMOCRATIC COMMITTEE ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 03–1022. QUANG DIHN NGUYEN *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied. ■

No. 03–1023. HOWARD ET AL. *v.* FAIR POLITICAL PRACTICES COMMISSION. Ct. App. Cal., 3d App. Dist. Certiorari denied. ■

No. 03–1029. MCFADDEN ET AL. *v.* GILBERT, COMMISSIONER, TEXAS HEALTH AND HUMAN SERVICES COMMISSION, ET AL. C. A. 5th Cir. Certiorari denied. ■

No. 03–1032. HUMBOLDT COUNTY, CALIFORNIA, ET AL. *v.* HEADWATERS FOREST DEFENSE ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–1033. TIDWELL *v.* BELLSOUTH TELECOMMUNICATIONS, INC. Ct. Civ. App. Ala. Certiorari denied. ■

No. 03–1036. LAKE *v.* STEWART, SUPERINTENDENT, WASHINGTON CORRECTIONS CENTER FOR WOMEN. C. A. 9th Cir. Certiorari denied.

No. 03–1038. FERMIN *v.* DIRECT MERCHANTS CREDIT CARD BANK, N. A. C. A. 5th Cir. Certiorari denied. ■

No. 03–1041. UNITED STATES BANCORP ET AL. *v.* FRASER. C. A. 9th Cir. Certiorari denied. ■